**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

SHEENA LYNN PIKE,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:23-cv-15839

Judge Joan B. Gottschall

Magistrate Judge Beth W. Jantz

## **NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 20 | Yestory |
| 16 | chiyunfeikeji |
| 7 | Mxjsua Direct |
| 41 | bearcat |
| 57 | feesmo |
| 10 | CANLUNTE |
| 8 | KTHOFCY |
| 56 | JingYu Case |
| 34 | JICUIKE Official Store |
| 40 | UfcellStore |
| 58 | losea |
| 59 | ONEDOUBLE |

| | |
|---|---|
| 60 | leermoo |
| 55 | RICUVED Direct |

DATED:  January 18, 2024               Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on January 18, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                            */s/ Keith A. Vogt*
                                            Keith A. Vogt